**FILED**

JUN **1 8** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043

VS.

Case: 1:07-cv-01083
Assigned To : Friedman, Paul L.
Assign. Date : 06/18/2007
Description: CIVIL RIGHTS-NON EMPLOY.

The Library of Congress
Kenneth E. Lopez, Director
Madison Building. Information/Assistance
101 Independence Ave, S.E.
Room LM G03
Washington, DC 20540

<u>COMPLAINT</u>

May 8, 2007, I arrived in the Human Resource Department of the Library of Congress at approximately 10:30am. I needed to utilize the computers in the front of the office for job searching. I noticed that there was another woman utilizing the computers as well. She asked me a question and I informed her that I didn't work for the Library of Congress; she became very up-set and started verbally abusing me.

I called 911 on my pre-paid cell phone (202) 609-3173 and the female police officer informed me that I needed to contact security within the Library of Congress. Before I could inform the officers on what had taken place, security from the main lobby of the Library of Congress came into the Human Resource Department and made a huge seen stating that they were responding to a complaint. According to Officer Stephanie Griffin

**RECEIVED**

MAY **1 1** 2007

1865

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

badge number 335 the Human Resource Department wanted me removed out of the office for misconduct.

I am seeking a trial date by a jury. Do to the ongoing discrimination and harassment; I am requesting that the court will grant me the write to become a trillion ire.

*Kareemah Bell*

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043
(202) 609-3173

Kareemah Bell
P.O. Box 34182, N.W.
Washington, DC  20043

February 20, 2007

**THE LIBRARY OF CONGRESS**
101 Independence Ave, SE
Washington, DC 20540
ATTN Jim Hughes

Dear Mr. Hughes:

I arrived at the library at 12:30pm and completed my finger printing do to a crisis in my personal life I had to leave.

Sincerely,

*Kareemah Y. Bell*



yasmina4000@hotmail.com

Printed: Thursday, May 10, 2007 3:08 PM

| | |
|---|---|
| **From :** | James Anthony Hughes <jahu@loc.gov> |
| **Sent :** | Thursday, February 22, 2007 8:10 AM |
| **To :** | <yasmina4000@hotmail.com> |
| **CC :** | "Giulia Adelfio" <gade@loc.gov> |
| **Subject :** | Re: Can you put my termination letter in writing? |

To Whom it may concern:

Kareemah Bell has been removed from the Volunteer Program at the Library of Congress.

Ms. Bell's performance  was assessed to be unsatisfactory with regard to the needs and demands of our Information Desk program. Her attendance at the Information Desk was sporadic and her contribution,  negligible.

I requested she withdraw from the Volunteer Program yesterday, Wednesday, February 21, 2007. She did so willingly.

James A. Hughes
Volunteer Coordinator

 **Hotmall**®

yasmina4000@hotmail.com

Printed: Thursday, May 10, 2007 3:09 PM

| | |
|---|---|
| **From :** | James Anthony Hughes <jahu@loc.gov> |
| **Sent :** | Wednesday, February 21, 2007 7:25 AM |
| **To :** | <yasmina4000@hotmail.com> |
| **CC :** | "Giulia Adelfio" <gade@loc.gov> |
| **Subject :** | Re: Emergency |

Dear Kareemah,

I know you arrived at the fingerprinting station early yesterday morning because the LC Police called to tell me you stopped the fingerprinting process.
The afternoon Information Desk volunteers told me they saw you early yesterday afternoon in the Jefferson Building. Several volunteers told me they saw you in the building on Tuesday afternoon.

I would like to have a meeting with you Thursday morning (tomorrow). Bring your Library ID with you. Please call me to tell me what time you can be here tomorrow morning.

My phone number is 202.707.9867.

Thanks.

Jim Hughes



**Hotmail®**

yasmina4000@hotmail.com

Printed: Thursday, May 10, 2007 3:23 PM

| | |
|---|---|
| **From :** | Kareemah Bell <yasmina4000@hotmail.com> |
| **Sent :** | Wednesday, February 21, 2007 11:30 AM |
| **To :** | jahu@loc.gov |
| **CC :** | yasmina4000@hotmail.com |
| **Subject :** | Can we meet today |

yasmin

```
From: "James Anthony Hughes" <jahu@loc.gov>
To: <yasmina4000@hotmail.com>
CC: "Giulia Adelfio" <gade@loc.gov>
Subject: Re: Emergency
Date: Wed, 21 Feb 2007 07:25:15 -0500

Dear Kareemah,

I know you arrived at the fingerprinting station early yesterday morning because the LC
Police called to tell me you stopped the fingerprinting process.
The afternoon Information Desk volunteers told me they saw you early yesterday afternoon in
the Jefferson Building. Several volunteers told me they saw you in the building on Tuesday
afternoon.

I would like to have a meeting with you Thursday morning (tomorrow). Bring your Library ID
with you. Please call me to tell me what time you can be here tomorrow morning.

My phone number is 202.707.9867.

Thanks.

Jim Hughes
```

Want a degree but can't afford to quit? Top school degrees online - in as fast as 1 year
http://forms.nextag.com/goto.jsp?url=/serv/main/buyer/education.jsp?
doSearch=n&tm=y&search=education_text_links_88_h288c&s=4079&p=5116



yasmina4000@hotmail.com

Printed: Thursday, May 10, 2007 3:09 PM

| | |
|---|---|
| **From :** | Kareemah Bell <yasmina4000@hotmail.com> |
| **Sent :** | Wednesday, February 21, 2007 4:07 PM |
| **To :** | jahu@loc.gov |
| **CC :** | yasmina4000@hotmail.com |
| **Subject :** | Can you put my termination letter in writing? |

```
From: "James Anthony Hughes" <jahu@loc.gov>
To: <yasmina4000@hotmail.com>
CC: "Giulia Adelfio" <gade@loc.gov>
Subject: Re: Emergency
Date: Wed, 21 Feb 2007 07:25:15 -0500

Dear Kareemah,

I know you arrived at the fingerprinting station early yesterday morning because the LC
Police called to tell me you stopped the fingerprinting process.
The afternoon Information Desk volunteers told me they saw you early yesterday afternoon in
the Jefferson Building. Several volunteers told me they saw you in the building on Tuesday
afternoon.

I would like to have a meeting with you Thursday morning (tomorrow). Bring your Library ID
with you. Please call me to tell me what time you can be here tomorrow morning.

My phone number is 202.707.9867.

Thanks.

Jim Hughes
```

Find a local pizza place, movie theater, and more….then map the best route! http://maps.live.com/?
icid=hmtag1&FORM=MGAC01

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1083
PLF

## I (a) PLAINTIFFS

Kareemah Bell

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

**DEFENDANTS**

Library of Congress

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01083
Assigned To : Friedman, Paul L.
Assign. Date : 06/18/2007
Description: CIVIL RIGHTS-NON EMPLOY.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☑ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☑ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** 0  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☑ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☑ NO  If yes, please complete related case form.

DATE  SIGNATURE OF ATTORNEY OF RECORD  N/D

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd