**FILED**
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

May 11, 2007

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043

VS.

Case: 1:07-cv-01083
Assigned To : Friedman, Paul L.
Assign. Date : 06/18/2007
Description: CIVIL RIGHTS-NON EMPLOY.

The Library of Congress
Kenneth E. Lopez, Director
Madison Building. Information/Assistance
101 Independence Ave, S.E.
Room LM G03
Washington, DC 20540

## MOTION TO ACCEPT P.O. BOX

I am homeless and unemployed do to a lack of unsuccessful employment. I do not suffer with any mental illness. I am a victim of assault, defamation of character, racial discrimination, harassment by law enforcement, and sexual harassment. I am requesting to file a motion hoping that you will accept my United States P.O. Box address as my mailing address.

*Kareemah Bell*
Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043
(202) 609-3173

**RECEIVED**
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
1865

3