**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUN **1 8** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KAREEMAH BELL, | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:07-cv-01083 |
|  | ) Assigned To : Friedman, Paul L. |
|  | ) Assign. Date : 06/18/2007 |
| LIBRARY OF CONGRESS, | ) Description: CIVIL RIGHTS-NON EMPLOY. |
| Defendant. | ) |

### ORDER

This matter comes before the Court on plaintiff's *pro se* motion to be permitted to use her post office box as her address for purposes of this litigation. The Court finding good cause for plaintiff's motion, it is

**ORDERED** plaintiff's motion is granted and plaintiff may use her post office number as her address for purposes of this case.

_____
United States District Judge

May 21, 2007

