IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREEMAH BELL<br>P.O. Box 34182, N.W.<br>Washington, D.C. 20043<br><br>      Plaintiff,<br><br>v.<br><br>THE LIBRARY OF CONGRESS<br>KENNETH E. LOPEZ, Director<br>Madison Building<br>Information/Assistance<br>101 Independence Ave, S.E.<br>Room LM G03<br>Washington, D.C. 20540<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1083 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the Library of Congress and Kenneth E. Lopez in his official capacity in the above-captioned case.

                Respectfully submitted,

                 /s/
                WYNEVA JOHNSON, D.C. Bar # 278515
                Assistant United States Attorney
                555 4th Street, N.W,
                Room E4106
                Washington, D.C.  20530
                Phone: (202) 514-7224

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

KAREEMAH BELL
P.O. Box 34182, N.W.
Washington, D.C. 20043

on this _____ day of July, 2007.

                                                     /s/
                                        WYNEVA JOHNSON
                                        Assistant United States Attorney
                                        555 4th Street, N.W,
                                        Room E4106
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7224