UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareemah Yasmina Bell
_____
Plaintiff

vs.                                  Civil Action No. 07-1083(PLF)

All the names in the    James Billington, James A. Hughes, Kenneth E. Lopez
                         Library of Congress
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **14** day of **September**, 20**07**, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the **Civil Docket 4** day of **September**, 20**07** in favor of **Kareemah Yasmina Bell** against said **James A. Hughes, Giulia Adolfo, Kenneth E. Lopez, James Billington**

_Kareemah Yasmina Bell_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Kareemah Y Bell
PO Box 34182, N.W.
Washington, DC 20043