UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREEMAH BELL,<br><br>       Plaintiff,<br><br>    v.<br><br>THE LIBRARY OF CONGRESS,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1083 (PLF)<br>)<br>)<br>)<br>)<br>) |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #7] is GRANTED, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 28, 2008