# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5308** | **September Term, 2007** |
| | 07cv01083 |
| | Filed On: February 1, 2008 |

[1096493]
Kareemah Yasmina Bell,
    Appellant

v.

Library of Congress and Kenneth E. Lopez, Director, Madison Building Information/Assistance,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 3/24/08
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

## ORDER

By order filed December 5, 2007, appellant was directed to show cause why the motion to dismiss should not be considered and decided without a response by January 4, 2008. To date, appellant has not complied with the court's December 5, 2007, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                BY:

                                          Linda Jones
                                          Deputy Clerk